**Electronically Filed
Supreme Court
SCWC-23-0000305
30-APR-2026
10:51 AM
Dkt. 16 ODAC**

SCWC-23-0000305

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

IN RE APPLICATION TO SETTLE BOUNDARIES OF THE LAND OF
KAHUKU (PORTION), DISTRICT OF KAʻU, ISLAND OF HAWAIʻI,

(S.P. NO. 3CSP-21-0000038)


-----------------------------------------------------------------


LANCE KEAWE WILHELM; ROBERT K.W.H. NOBRICA; ELLIOT K. MILLS;
CRYSTAL KAUILANI ROSE and JENNIFER NOELANI GOODYEAR-KAʻOPUA,
as Trustees of the Estate of Bernice Pauahi Bishop,
doing business as KAMEHAMEHA SCHOOLS,
Respondents/Plaintiffs-Appellees,

vs.

KEALIA RANCH LLC, a Hawaiʻi limited liability company,
Petitioner/Defendant-Appellant,

and

ELIZABETH LEE STACK, Personal Representative of
the Estate of Elizabeth Marks Stack,
aka Elizabeth M. Stack, aka Elizabeth Stack,
Respondent/Defendant-Appellant.

(CIVIL NO. 3CCV-21-0000154)
_____

CERTIORIARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-23-0000305)

<u>ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: McKenna, Acting C.J., Eddins, Ginoza, and Devens, JJ.,
and Circuit Judge Somerville, assigned by reason of vacancy)

Petitioner Kealia Ranch LLC's Application for Writ of

Certiorari, filed on March 27, 2026, is hereby rejected.

DATED:  Honolulu, Hawai'i, April 30, 2026.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

/s/ Rowena A. Somerville